THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCAS VEVERKA and YEVGENIA BEREZOVSKY VEVERKA,<br><br>                Plaintiffs,<br><br>   v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. C24-1382-JCC<br><br>ORDER |

      This matter comes before the Court on Plaintiffs' unopposed motion to amend their complaint (Dkt. No. 12). Finding good cause, the motion is GRANTED. Plaintiffs shall file their amended complaint as proposed, (Dkt. No. 13-1), no later than 14 days from the date of this order.

      DATED this 19th day of December 2025.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE